# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) Case # 2:09-cr-00132-JAD-GWF-2 |
| JOHN M. EDWARDS, | ) **DESIGNATION OF RETAINED COUNSEL** |
| Defendant. | ) **AND APPEARANCE PRAECIPE** |

The undersigned defendant hereby appoints __Richard A. Wright__ to appear generally for him/~~her~~ as his/~~her~~ attorney and counselor at law throughout all proceedings in this case unless this appointment be sooner revoked.

DATED: 8/12/14

_____
Defendant's signature

## APPEARANCE PRAECIPE

I hereby accept the foregoing appointment and request the Clerk to enter my appearance as attorney for the defendant, in response to the foregoing designation.

I personally will appear at all proceedings in this case. I understand that no other attorney may appear in my place unless prior permission is granted by the Court, and then <u>ONLY</u> when consent of the defendant has been obtained and filed with the Clerk.

I further state that I realize it is my responsibility to keep the defendant advised as to all proceedings in this case and to inform him/her when to appear in Court, and also to notify the Clerk of any change in my address or telephone number.

DATED: 8/12/14

_____
Attorney's signature

300 S. Fourth Street, Suite 701
Attorney's address

Las Vegas, NV 89101

(702) 382-4004
Attorney's phone number

Revised 6/15/09