# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 2:09-cr-00132-JAD-GWF |
| vs. | ) | **ORDER** |
| JOHN M. EDWARDS, | ) | |
| Defendant. | ) | |

On January 29, 2015, the Court heard Defense counsel Richard Wright's [#303] Motion to Withdraw as Attorney of record. The Court finds that based on Mr. Edwards' Financial Affidavit and in the interest of Judicial efficiency, **IT IS ORDERED** that Attorney Richard Wright is APPOINTED as CJA counsel for John M. Edwards for all future proceedings.

DATED this 29th day of January, 2015.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge