# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA, )
              Plaintiff, ) Case No.: 2:09-cr-00132-JAD-GWF
)
vs. )
) **ORDER**
)
JOHN M. EDWARDS, ) **Re: Motion (#322)**
)
              Defendants. )
_____ )

       This matter is before the Court on Defendant John M. Edwards' Motion for Miscellaneous Relief (Additional Law Library Time) (#322), filed on May 1, 2015. The Government filed its Response (#326) on May 15, 2015. The Court conducted a hearing in this matter on May 26, 2015. In addition to the Defendant and counsel for the parties, Deputy United States Marshal Steven Carpenter attended the hearing.

       The Second Superseding Indictment (#63) charges the Defendants with conspiracy to commit securities fraud, securities fraud, conspiracy to commit money laundering, conspiracy to conduct or participate in an enterprise engaged in a pattern of racketeering activity, and tax evasion. Defendant John M. Edwards is alleged to have been one of the co-masterminds or founders of the criminal enterprise. Electronic and paper discovery in this case is very voluminous. Defendant Edwards' initial appearance and arraignment occurred on August 8, 2014 and the Court ordered that he be detained pending trial. Defendant Edwards is currently detained in the Federal Detention Facility in Pahrump, Nye County, Nevada.

       Defendant represents in his motion that his law library access has been limited to about five hours each week. Defendant states that given the volume of discovery he must review to assist in the

preparation of his defense, he needs up to six hours of computer access each day. Defendant states that this requested time does not need to be provided in one continuous block of six hours, and may be broken up into small blocks of time totaling six hours each day. Defendant also indicated that he was experiencing some difficulty in obtaining the Detention Facility's cooperation to receive discovery sent to him by his counsel, to maintain that discovery in a secure manner and to make it available to Defendant for his review.

Deputy Marshal Carpenter informed the Court that the Detention Facility's librarian receives and maintains discovery sent to defendants by their counsel and there should be no problem with the library receiving discovery from Defendant's counsel, maintaining it in a secure manner for Defendant and making it available for his review. The Deputy Marshal also advised the Court that the library has recently added eight additional computers for detainees' use. He indicated that the Detention Facility should be able to reasonably accommodate Defendant Edwards' need for additional computer time, including up to six hours a day to review his discovery. Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Motion for Miscellaneous Relief (Additional Law Library Time) (#322) is **granted** as follows:

The Federal Detention Facility shall provide Defendant Edwards with computer access to review discovery of up to six hours per day, which may reasonably be provided in separate smaller blocks of time that total six hours per day. If the Federal Detention Facility has difficulty in accommodating Defendant's request for computer access time, the Detention Facility and Defendant's counsel, with the assistance of the Deputy Marshal, shall attempt to resolve the issue

. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .

2

before seeking further Court action.    If other issues arise regarding Defendant's access to discovery, the parties shall also attempt to resolve those issues with the assistance of the Deputy Marshal before seeking further Court action.

DATED this 26th day of May, 2015.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge