# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>JOHN M. EDWARDS,<br><br>        Defendant. | Case No.: 2:09-cr-132-JAD-GWF<br><br>**ORDER**<br><br>**Motion for Medical Relief (#370)** |

This matter is before the Court on Defendant's Motion for Medical Relief (#370), filed on September 16, 2015.

The Court has reviewed this matter and considered the information provided by Defendant's counsel that Dr. George Leakes, D.O., an optometrist, has opined that due to Defendant's eye conditions, he will not be able to use non-prescription reading glasses to adequately read documents and assist in the preparation of his defense. Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Motion for Medical Relief (#370) is **granted** as follow:

1. The United States Marshals Service shall arrange for an eye examination of Defendant by Dr. George Leakes, D.O. or another suitable optometrist or ophthalmologist to determine whether Defendant requires a special eye prescription for far-sightedness/reading purposes and, if so, to provide Defendant with the appropriate prescription to correct his farsighted vision for reading purposes.

. . .

2. Based on the representations of the Marshal, the Court finds that Defendant's need for medical examination or treatment relating to his hearing is being addressed. The Court therefore will not order any specific treatment relating to Defendant's hearing.

DATED this 1st day of October 2015.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge