# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO: 2:09-CR-00132-JAD-GWF |
| Plaintiff, | |
| vs. | **ORDER** |
| JOHN M. EDWARDS, | |
| Defendant. | |

Based on the Stipulation between Defendant John Edwards, through counsel, and the Government, and good cause appearing therefore, the Court hereby orders that status conference in the above-captioned matter be vacated and continued to __Friday__, __December 16__, 2016 at __9:30__ a.m., in Courtroom __3A__.

DATED this __16th__ day of __November__, 2016.

_____
GEORGE FOLEY, JR.
UNITED STATES MAGISTRATE JUDGE