# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. 2:09-cr-00132-JAD-GWF |
| vs. | **ORDER** |
| JOHN M. EDWARDS, | |
| Defendant. | |

This matter is before the Court on Defendant's Motion to Strike and Withdraw Letter (ECF No. 508), filed on December 16, 2016. The Government did not file a response. Because Defendant alleges that the Letter (ECF No. 506) submitted to the Court on December 14, 2016 was not authored by him nor entered by him, the Court finds good cause to strike the letter. Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Motion to Strike and Withdraw Letter (ECF No. 508) is **granted**.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall strike Defendant's Letter (ECF No. 506) from the record.

DATED this 3rd day of January, 2017.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge