# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | Case No. 2:09-cr-00132-JAD-GWF |
| vs. | ) | **ORDER** |
| JOHN M. EDWARDS, | ) | |
| Defendant. | ) | |

This matter is before the Court on Defendant's Motion to Strike and Withdraw Letter (ECF No. 570), filed on April 18, 2017. Because Defendant alleges that the Letter (ECF No. 543) submitted to the Court on March 9, 2017 was not composed by him nor sent by him, the Court finds good cause to strike the letter. Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Motion to Strike and Withdraw Letter (ECF No. 570) is **granted**.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall strike Defendant's Letter (ECF No. 543) from the record.

DATED this 19th day of April, 2017.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge