# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 2:09-cr-132-JAD-GWF |
| Plaintiff, | ORDER OF DISMISSAL AS TO DEFENDANT JOHN EDWARDS |
| vs. | |
| JOHN EDWARDS | |
| Defendant. | |

IT IS HEREBY ORDERED THAT:

(1) Upon Motion of the Government and pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, leave of Court is granted for the filing of the Government's Motion for Order of Dismissal.

(2) The Indictment in the above captioned case that was filed on March 25, 2009, is hereby ordered dismissed as to Defendant John Edwards.

DATED this 23rd day of May, 2018.

_____
UNITED STATES DISTRICT COURT JUDGE